UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10258
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID TIMOTHY DIXON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
Civil Docket #3:00-CR-350-ALL-G
_____

February 7, 2002

Before JONES, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered this case in light of
the briefs, oral arguments and pertinent portions of the record.
Having done so, we find no reversible error of law or fact.
Accordingly, the judgment of the district court is <u>AFFIRMED</u>.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.